IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

DEC 01 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Richard Crawford,
Plaintiff,

v.                                                    No. _____

Abadelaziz Murfik,                      **JURY DEMAND**
Maria Lopez-Murfik,
Ragaie Murfik,
Defendant.

---

## COMPLAINT FOR VIOLATION OF RIGHT UNDER 42 U.S.C. § 1983

Comes now the Plaintiff, Richard Crawford, acting pro se, pursuant to **42 U.S.C. § 1983**, in violation of **42 U.S.C. 1383a(1)(2) Penalties for Fraud, 18 U.S.C.S. § 1342 Fictitious Name or Address, 18 U.S.C. § 3664(f)(1)(A), 18 U.S.C. § 3663A, 18 U.S.C.S. § 1345 Injunction Against Fraud, 18 U.S.C.S. § 1028A Aggravated Identity Theft, Fed. Rules Civ. P. 65, Equitable Tolling,** and Confrontation Clause of the United States Constitution. In support of this application, Plaintiff states the following:

### I. PARTIES TO THIS COMPLAINT

A. The Plaintiff

Name: Richard Crawford

ID Number: 229762

Current Address: 2520 Union Springs Rd., P.O. Box 549, Whiteville, TN. 38075

B. The Defendant(s)

**Defendant #1**

Name: Abdel Murfik

Current Address: 4908 Bowie Lane, Olive Branch, MS. 38654

**Defendant #2**

Name: Ragaie Murfik

Current Address: 610 Polo Run Cove, Collierville, TN. 38017

**Defendant #3**

Name: Maria Lopez-Murfik

Current Address: 4908 Bowie Lane, Olive Branch, MS. 38654

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue for deprivation of any rights, or privileges secured by the Constitution and [federal laws]

### § 1983. Civil action for deprivation of rights

Every person who, under color of any statue, ordinance, regulation, custom, or usage, any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purpose of this section, any Act of Congress applicable exclusively to the District of Columbia.

### Citizenship, Due process of law, Equal protection

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## III. STATEMENT OF CLAIM

Plaintiff contends that he is a victim of fraud, through *Abadleaziz Murfik* defrauded an entire investigation and proceeding under the identity of a deceased person being *Mike Murfik*. He was not born, nor is he really named *Mike Murfik* according to our United States Government and Social Security Administration. By *Abadleaziz Murfik* posing as *Mike Murfik* during Plaintiff's criminal case shows he intentionally, deliberately, and willingly deceived the entire process. Plaintiff was denied the opportunity to comfort the actual victim listed within indictment 11-02621, that's legally declared as *Mike Murfik*. By doing this, Confrontation Clause, Right of the Accused of the United States Constitution was violated. Because Plaintiff was denied the opportunity to confront the the actual *Mike Murfik*, whose presence at Plaintiff's criminal trial would have proven actual innocence, Plaintiff's suffered a wrongful and manifestly unjust criminal conviction and is still suffering at this time.

## CAUSE OF ACTION (1)

It is well established that *Abadleaziz Murfik*- State key eyewitness at trial in Shelby County, Memphis, Tennessee Criminal Court Division 10.

Under section 1983, *Abadleaziz Murfik*, acted *"under color of law"*, by committing OBSTRUCTING OF JUSTICE through perjury, [constructive fraud] by making fraudulent evidence he knows to be false in furtherance violating plaintiff's rights and rights to a fair criminal trial. As well as, he CONSPIRED with defendants, with the fraudulent intent to deceive. His wife testified that he is *Mike Murfik* for the purpose of aiding the state at obtaining a wrongful conviction while under the real bona fide name of *Abdel Murfik*. By the first filing of the affidavit of complaint back in December of 2009 in the name of *Mike Murfik*. He conspired with his wife, swearing under oath in the criminal trial, for the District Attorney Office in the alias name of *Mike Murfik* in several hearings.

### Stipulation of Facts to Support Claim

1. On April 13th, 2023, at the post conviction evidentiary hearing, now swears in under the name of *Abdel Murfik*.
2. He further supports the sworn in name *Abdel Murfik* being his own real bona fide name. By producing is Mississippi identification and handed it to the trial judge.
3. While on the stand, he testified to texting all of his birth certificate and social security number information to the prosecutor.
4. He testified to being a federally convicted felon for cocaine out of the State of Michigan.
5. He testified to purchasing property 925 Pisgah Rd., Brighton, Tennessee under his the name of *Abdel M. Murfik*. Records show that purchase in that name was made on January 1, 2020.
6. He testified to later transferring 925 Pisgah Rd., Brighton, Tennessee into the name of his deceased father *Mike Murfik* and took out a $15,883 loan out on it from New Idea Financial. Date of transfer of this fraudulent action took place January 11, 2011.

This shows, *Abadleaziz Murfik* clearly has committed Fraud upon the Court while insulating his criminal background under his true bona fide name. By proceeding all of his fraudulent, false and deceitful actions under the identity of his dead father. Which violates Plaintiff's 6th and 14th Amendment rights under the United States Constitution.

## CAUSE OF ACTION (2)

It is well established that *Maria Lopez- Murfik*- witness at trial in Shelby County, Memphis, Tennessee Criminal Court Division 10.

Under section 1983, *Maria Lopez-Murfik*, acted *"under color of law"*, by attempting to OBSTRUCTING OF JUSTICE through perjury, [constructive fraud] by making fraudulent evidence, she knows to be false in furtherance violating plaintiff's rights and rights to a fair criminal trial. As well as, she's CONSPIRED with her husband, in three (3) different proceedings, in the identification hearing in 2013, at the first trial in 2013, at the second trial in 2016, with the fraudulent intent to deceive, that her husband is *Mike Murfik* for the purpose of aiding the state at obtaining a wrongful conviction. Meanwhile, under the same intent, being carried out by *Abadleaziz Murfik* and the State of Tennessee in the criminal trial. *Maria Lopez-Murfik*, came into prior criminal court proceedings, testified under oath that her husband name being *Mike Murfik*. However, April 13, 2023, she testified to her husband name being *Abdel Murfik* not *Mike Murfik* as before. Although the record show state witness testified in the prior criminal proceedings untruthfully, being substantial evidence showing a later arising proof showing she CONSPIRED with the violation of Plaintiff's 6th and 14th Amendments of the United States Constitution being violated.

## CAUSE OF ACTION (3)

Under section 1983, *Ragaie Murfik*, acted *"under color of law"*, by CONSPIRING with the OBSTRUCTING OF JUSTICE through *Abadleaziz Murfik* perjury, [constructive fraud] fraudulent evidence he knew to be false. By being part ownership of Visions Sports Bar & Grill a.k.a. "Club Visions" at the time of the multiple fires *Abadleaziz Murfik* purposely set committing insurance fraud. As well as having knowledge but not notifying the authorities to the fires he also set at their property 690 E. Raines in Memphis Tennessee. Although the record show state witness testified in the prior criminal proceedings untruthfully, being This substantial evidence showing a later arising proof of a handwritten letter sent to the Plaintiff and not the authorities, shows he CONSPIRED with the multiple violations of committing by his brother including Plaintiff's 6th and 14th Amendments of the United States Constitution being violated.

## IV. INJURIES

I am a victim of fraud, through the fraudulent actions of *Abadleaziz Murfik* defrauding an entire investigation. By him giving misleading information being processed under the identity of his dead father *Mike Murfik*.. Plaintiff been deprived of my rights and privileges guaranteed through the

United States constitution. This was knowingly, willingly and intentional done to deceive, the Plaintiff, the courts, the authorities and the Federal Government. Which hindered Plaintiff from seeking justice at its full capacity without having all of *Abadleaziz Murfik's* legal identification and information available.

## V. RELIEF

I am asking for this Honorable Court to issue an immediate order for *"Permanent Injunction"* against *Abdel Murfik* usage of the name *Mike Murfik* and deportation to all violators involved. The Plaintiff's also ask this Honorable Court to declare all past, present and future activities barring the name *Mike Murfik* invalid and void. All accounts, property, vehicles etc. that can not show legal proof of ownership under the name *Abadleaziz Murfik* in his possession are to be frozen and seized immediately. Restitution for Mandatory Victim Restitution Act *(MVRA)* for the sum of one million dollars in damages for pain and suffering, lost of liberty, lost of wages, lost family time from 16 years and counting from the cumulative effect from the defendant's fraudulent scheme. In addition, an additional $500,000 for Plaintiff attorney fees and fines as well.

## Federal Rule Civil Procedure Rule 65. Injunctions and Restraining Orders

This cause of action is commenced pursuant to *Fed. R. Civ. P. Rule 65. Injunctions and Restraining Orders*, which provides:

(a) *Preliminary Injunction*

(1) *Notice.* The court may issue preliminary injunction only on notice to the party.

(2) *Consolidating the Hearing with the Trial on the Merits.* Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not to be repeated at trial. But the court must preserve any party's right to a jury trial.

(b) *Temporary Restraining Order*

(1) *Issuing Without Notice.* The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

(A) Specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damages will result to the movant before the adverse party can be heard in opposition.

*Contents; Expiration.* Every temporary restraining order issued without notice must state the date and

hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry-not to exceed 14 days-that the courts sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record.

(3) ***Expediting the Preliminary-Injunction Hearing.*** If the order is issued without notice, the motion for a preliminary injunction must be set for hearing at the earliest possible time, taking precedence overall other matters except hearings on older matters of the same character. At the hearing, the party who obtained the order must proceed with the motion; if the party does, the court must dissolve the order.

(4)(d) ***Contents and scope of Every Injunction and Restraining Order***

(1) *Contents.* Every order granting an injunction and every restraining order must:

(A) State the reason why it issued;

(B) State its terms specifically; and

(C) Described in reasonable detail-and not by referring to the complaint or other document- the act restrained required.

## CASELAW TO SUPPORT

### Kohn v. Chobanian, 2017 U.S. Dist. LEXIS 214619

Scott Kohn filed a complaint against several defendants in the Superior Court of California alleging fraud judgment. Michael Chobanian and Susan Chobanian, his daughter, were amongst those listed. Mr. Chobanian asserts Kohn improperly executed a levy on a bank account held in the name of Chobanian's deceased wife. In September 2012, Kohn allegedly discovered that Susan Chobanian had control of a bank account through Bank of America. Which was established in the name of her deceased mother, Marry Chobanian. The complaint alleges Susan Chobanian used the Account to conceal income and funds from the judgment creditor's attempts to enforce the judgment. In October 2012, Kohn obtained an Affidavit of Identity naming Mary Chobanian as an *"alias"* of Susan Chobanian. Even though, Michael Chobanian states Kohn made false representation in the Affidavit of Identity that the account belonged to Mary Chobanian not him. The Court find the Mr. Khon has shown the requisite likelihood of prevailing on each element of his claim.

Kohn showed Chobanian lack of ownership was clear based on the following evidence:

*First,* Kohn contends, based on the Underlying Complaint, that Chobanian's name was never on the

Account, *Second,* Kohn submits account statements and disposition testimony indicating that the address listed on the account was his daughter, Susan Chobanian's, not his, or his late wife, *Third,* Kohn provides declaration testimony from individuals who wrote checks that were ultimately deposited in the Account, stating that the checks were intended as payment to Susan Chobanian in exchange for medical services provided by her, *Fourth,* Kohn provides evidence that Susan Chobanian forged her dead mother's signature in order to write checks on the Account, *Fifth,* Kohn points out that the Underlying Complaint admits Susan was using the Account, Finally, Kohn introduces evidence that the Account was opened on the same day that the lawsuit against Susan went to trial. The timing of the Account's opening, Kohn contends, further indicates the Account was opened to allow Susan to hide money from creditors. Which led the Court finding Mr. Kohn has shown the requisite likelihood of prevailing on each element of his claim. Therefore, the Court denied Chobanian's Motion to Strike.

### Finding of Fact

Just as Susan Chobanian has forged her dead mother's signature in order to write checks on the account in *"Kohn"*, so has *Abadleaziz Murfik* did the same with the name and identity of his dead father. Opening up a account in his father's real name and using it as his own. Proof of this is in *Charleston Shipp v. Visions Sports Bar & Grill*, where the Federal Court held him responsible for $270,000 in damages. The court sent Writ of Garnishment to Bank of America, First Tennessee and Regions Bank in the name of Mike Murfik to assure the funding of Mr. Shipp's damages. *(See Exhibit)*

### United States v. Vargas-Garcia, 2025 U.S. Dist. LEXIS 71891

In this case, the evidence regarding the Defendant Vargas-Garcia's history and characteristics supports both the argument for release and the justification for pretrial detention. In addition, Defendant Vargas-Garcia has admitted to using two aliases along with his birth name-Jose Vargas-Garcia and Miguel Diaz-Mayen. Use of an *"alias"* has allowed him to evade law enforcement, his past drug conviction and deportation. If released, he could flee and change his name again to avoid the consequences of the current charge. Given these circumstances, the Court finds that Defendant dose present a serious risk of flight and that no condition exist to ensure that he would appear for court as required. Deception, by both Vargas-Garcia in this case and Susan Bahamanian in the previous one, show how they both chose to use aliases to avoid facing their lawful consequences.

### Finding of Fact

The same behavior Vargas-Garcia admitted to in using alias and his birth name, is the same behavior as *Abdel Murfik.* By continuing to proceeding under the alias name of *Mike Murfik.* A name he knows

that can easily allow him to evade Law Enforcement, his prior drug conviction and everything in his past attached to his true bona fide name *Abdel Murfik*.

### United States v. Musgrove, 2025 U.S. Dist. LEXIS 343144, WL 2599537

Defendant Raymond Kenneth Musgrove was charged with 3 counts of aggravated identity theft in violation indicted February 7, 2024.

1. John Matthew Cooney was a real person born July 10, 1943, assigned Social Security number xxx-xxx-9538 by the Social Security Administration.
2. Mr. Cooney served in the United States Marine Corps from 1967-1969.
3. On February 18, 2018, the real John Matthew Cooney died in Oklahoma.
4. At all time relevant to this case, Defendant, Raymond Kenneth Musgrove, knew Mr. Cooney was a real person and knew of his date of birth and Social Security number.
5. Before Mr. Cooney's death, Mr. Musgrove impersonated Mr. Cooney to obtain Veterans Administration (VA) Benefits intended for Mr. Cooney.
6. On or about July 25, 2016, Mr. Musgorve used Mr. Cooney's name, birthday and Social Security number to set up a bank account in Mr. Cooney's name at JP Morgan Chase Bank in Ephrata, Washington. Mr. Musgrove received the VA Benefits he obtained using Mr. Cooney's name in this bank account. On March 1, 2019, Mr. Musgrove received a deposited $3,057.13 in VA Benefits from Federal Reserve Bank ACH in the bank account he set up using Mr. Cooney's name, birthday, and Social Security number.
7. At some time before to June 4, 2021, the Department of Veteran's Affairs learned of Mr. Cooney's death and stopped disbursing Mr. Cooney's VA benefits to the bank account in Mr. Cooney's name Mr. Musgrove controlled.
8. On or about June 4, 2021, Mr. Musgrove sent a letter to the department of Veteran's Affairs. In the letter, Mr. Musgrove impersonated Mr. Cooney and claimed Mr. Cooney was still alive. In addition to Mr. Cooney's name, the letter included Mr. Cooney's birthday and social security number.
9. As admitted by Mr. Musgrove, he falsely used Mr. Cooney's name and social security number in the June 4 letter in or "to resume the benefits that they [the VA] had quit stopped because of John Cooney's death".
10. As admitted during the post-arrest interview, Mr. Murgrove was able to collect VA benefits by creating a bank account in Mr. Cooney's name on or about July 25, 2016.

In the case against Mr. Musgrove, the United States charged him with aggravated identity theft. By opening up a bank account in the name of John Cooney, a Marine Corp veteran, who he knew was deceased when he opened it. He knew all of Mr. Cooney's information and knowing this, allowed him to collect all VA benefits under the deceased man's identity.

### Finding of Fact

Just as in *"Musgrove"*, this fraudulent act has been and still is the exact same act of *Abdel Murfik*. By him still being allowed to operate under the identity of his dead father *Mike Murfik*. Opening bank accounts, while also still living at 4908 Bowie Lane, Olive Branch, MS, 38654, in the name of his deceased father. Which raises the question, what social security number did he provide the Social Security Administration when filing for these things in the United States? Which further supports the need for a immediate injunction against fraud order to be granted in this matter that'll stop his fraudulent behavior he's committing in the name of *Mike Murfik* going forward. *(See Exhibit)*

### Head note: HN6- Parker v. Colin, 640 Fed. Appx. 726

Covered employees and their employers pay taxes into fund administered distinct from the general federal revenues to purchase protection against the economic consequences of old age, disability, and death. In contrast, employees of state employers covered by the Public Employee's Retirement Association *(PERA)* have not paid taxes to the social security fund and are therefore not eligible to receive social security retirement benefits through *PERA*. Thus, these groups are not similarly situated and congress may grant different levels of benefits to each group without violating the Equal Protection Clause. Even if covered employees who paid social security taxes were similarly situated to employees covered by *PERA*, the purposes of the Windfall Elimination Provision and Government Pension offset are rationally to a legitimate goal of protecting the fiscal integrity of the social security fund.

### Finding of Fact

In the current case, Petitioner contends that *Ragiae* and *Abadleaziz Murfik* are the owners of Visions Sports Bar & Grill, a.k.a. *"Club Visions"*. They both were employers with several employees working under their supervision at their club. As stated in *"Parker v. Collins"*, *PERA*, Windfall Elimination Provision and Government Pension, deals with the integrity of the social security fund. Which raises the question, what social security number did they provide the Social Security Administration when filing necessary paperwork for paying their employees? Or did they pay them under the table in cash in effort of dodging the I.R.S. and Social Security Administration with paying taxes. Better yet, what social security number did they provide for their business when filing with the Secretary of the State?

How can the Government supervise *Abadleaziz Murfik* actions under *PERA*, Windfall Elimination or Government Pension under *Abadleaziz Murfik,* when all of his dealings are being conducted under the identity of his dead father *Mike Murfk*? Which further supports the need for a immediate injunction against fraud order to be granted in this matter that'll stop his fraudulent behavior he's committing in the name of *Mike Murfik* going forward. *(See Exhibit)*

## VI. EQUITABLE TOLLING

The Sixth Circuit has described the difference like this: *"A statue of repose puts an outer limit on the right to bring a civil action which is measured not from the date on which the claim accrues"*, as it the case with the statue of limitation, *"but instead from the date of the last culpable act or omission of the defendant"*. *Stein v. Regions Morgan Keegan Select High Income Fund, Inc., 821 F.3d 780, 786 (6th Cir. 2016)* As it pertains to this current petition, the equitable tolling can be overcome by recent case *Richard Crawford v. State of Tennessee, App. LEXIS 348, 2025 LX 210724, No. W2024-00638-CCA-R3-PC, July 9, 2025, Session, Filed July 28, 2025,*

### The tolling can be supported as followed:

*Richard Crawford v. State of Tennessee, App. LEXIS 348, 2025 LX 210724, No. W2024-00638-CCA-R3-PC, July 9, 2025, Session, Filed July 28, 2025,*

1. Ms. Lopez-Murfik testified that she and *Mr. Murfik*, whose full name was *Abdel Aziz-Mike Murfik*, were married in Detroit more than twenty years prior to the hearing. Ms. Lopez-Murfik identified Petitioner as the person who attacked her husband, *Abdel Aziz-Mike Murfik*. When Petitioner asked, *"who is Mike Murfik,"* Ms. Lopez-Murfik replied, *"Him. His name is also Mike. His name is Abdel Aziz-Mike Murfik."* She said that Mr. Murfik typically went by *"Mike."* Ms. Lopez-Murfik said that her husband had never been to federal prison. **Stipulation of the Fact**: *Our U.S. Government has never identified him as Mike Murfik. Due to the fact he was never issued a U.S. Government social security number in that name. Mike Murfik is a name that he's using on his own without no legal and lawful authority to do so by our U.S. Government. If so, he would be able to be tracked by Social Security Administration of the United States under that name. Which is not so, by his own admission in recent ruled Court of Appeals case stating his issued social security number goes to **Abdel Aziz Mike Murfik***

2. *Mr. Murfik* testified that his full name was *Abdel Aziz-Mike Murfik* and admitted that he had a federal conviction under the name *Abdel Mike Murfik*. *Mr. Murfik* said that although he was convicted, he did not serve any time in confinement. He said that he had no idea how the federal

government had listed his name on the docket, but he said that he provided his social security card bearing his full name, *Abdel Aziz-Mike Murfik*. **Stipulation of the Fact**: *Our U.S. Government has never identified him as Mike Murfik. Due to the fact he was never issued a U.S. Government social security number in that name. Mike Murfik is a name that he's using on his own without no legal and lawful authority to do so by our U.S. Government. If so, he would be able to be tracked by Social Security Administration of the United States under that name. Which is not so, by his own admission in recent ruled Court of Appeals case stating his issued social security number goes to **Abdel Aziz Mike Murfik***

3. When presented with a death certificate bearing the name *"Mike Murfik," Mr. Murfik* explained that it was for his father, who was born in 1932 and died in 1999. *Mr. Murfik* said that when he was interviewed by the police following the incident that led to Petitioner's convictions, he provided them with his driver's license, which says *Abdel Aziz-Mike Murfik.* When they asked what he went by, "I told them it was *Mike Murfik*." He added, "My full name is *Abdel Aziz-Mike Murfik*. Nobody calls me, [h]ey, *Abdel Aziz-Mike Murfik*, they call me *Mike Murfik*." **Stipulation of the Fact**: *Our U.S. Government does not identify off of a "what you went by name", it identifies all citizens through their social security number and the name that's connected to it. Mike Murfik is a name that he's using on his own without no legal and lawful authority to do so by our U.S. Government. If so, he would be able to be tracked by Social Security Administration of the United States under that name. Which is not so, by his own admission in recent ruled Court of Appeals case stating his issued social security number goes to **Abdel Aziz Mike Murfik***

4. Trial counsel testified that he was aware that *Mr. Murfik's* first name was *Abdel*, "but everyone called him *Mike Murfik.*" ***Stipulation of the Fact:*** *Our U.S. Government does not identify off of "but everyone call him name", it identifies all citizens through their social security number and the name that's connected to it. Mike Murfik is a name that he's using on his own without no legal and lawful authority to do so by our U.S. Government. If so, he would be able to be tracked by Social Security Administration of the United States under that name. Which is not so, by his own admission in recent ruled Court of Appeals case stating his issued social security number goes to **Abdel Aziz Mike Murfik***

5. Trial counsel described *Mr. Murfik* as "a slippery individual" who had worked as a confidential informant "in the Tarnished Badge investigation." ***Stipulation of the Fact***: *During this investigation, the identity he used to assist the authorities against the officers was **Abdel Murfik** not **Mike Murfik.***

*Mike Murfik* is a name that he's using on *his own without no legal and lawful authority to do so by our U.S. Government. If so, he would be able to be tracked by Social Security Administration of the United States under that name. Which is not so, by his own admission in recent ruled Court of Appeals case stating his issued social security number goes to* **Abdel Aziz Mike Murfik** *(See Exhibit)*

### United States v. Terabelian, 105 F.4th 1207

A *"synthetic identity"* is false identity created through the combination of personally identifiable information, such as the social security numbers and dates of birth of real people, and fictitious information. Viktoria Kauichko was in fact a Ukranian foreign-exchange student who was last in the United States September 2011. Viktoria Kauichko was one of several synthetic identities that was used to apply for COVID-19 relief loans. To link the Kauichko alias to Terabelian, the government pointed to four crucial pieces of evidence. **First**, the government offered the credit card in Kauichko's name that was found in Terabelian's possession when she was stopped at the Miami International Airport. **Second**, the government next presented text messages retrieved from Ayvazyan's phone that connected a gift for *"his wife"* to *"Viktoria Kauichko"*. **Third**, the government offered photographs retrieved from phones that were seized during the November 2021 search of Terabelian's home. These photographs connected Terabelian to Fiber One Media, one of the businesses through which *"Kauichko"* applied for COVID-19 relief loans. One such photograph depicted a text message sent from Ayvazyan in which he associated Kauichko with Fiber One Media and indicated that Kauichko was his wife. **Finally,** the government presented evidence demonstrating that at least $25,000 of fraudulently obtained funds flowed from bank accounts associated with Kauichko and Fiber One Media into Terabelian's personal bank accounts. The government also offered exhaustive evidence to establish Terabelian's complicity in the conspiracy. This evidence included the inculpatory phone calls Terabelian made from the Miami jail records of at least $664,169 passing through two banks accounts controlled by Kauichko, applications for COVID-19 relief funds submitted by Kauichko, seeking over 1.4 million, and records for hundreds of thousands of dollars of fraudulently obtained funds being deposited into one of Terabelian's personal bank accounts and moved to an escrow account for a down payment on a $3.25 million dollar home in California. The District Court concluded that Terabelian *"knew what was going on...knew this was an extensive fraud, and...she knew the methodology"*. Terabelian's possession of the Kauichko credit card showed that *"she was somehow involved with using that name to perpetrate the fraud"*. With all of this in mind, District Court concluded that the *"fraud was raw and horrendous unlike any other fraud"* that it could remember presiding over. Indeed, Terabelian's intentional participation in the scheme to *"use fictitious entities"* might not have been the

mastermind in executing the conspiracy to defraud the government of nearly $18 million dollars in COVID-19 relief funds, but she certainly *"knew what was going what was going on"* and was a willing participant in furthering the scheme.

### COVID-19 Relief Funding

As it pertains to the current petition, the government issued out relief funding in the total amount of $3,200, the *first* recovery rebate credit was for $1,200, the *second* recovery rebate credit was for $600, and the *third* recovery rebate credit was for $1,400. The purpose for this recovery rebate credit was to help assist U.S. citizen recovery from *COVID-19* Pandemic. According to Judge Jennifer Mitchell, in *"Crawford"*, she stated *"he has explained to you how he use Abdel Murfik sometimes and how he use Mike Murfik sometimes"*. *(See: Richard Crawford v. State of Tennessee, filed July 29, 2025)* Meaning, **Abadleaziz** Murfik can receive 1 government issued refund credit of $3,200 in his bona fide true name and receive another $3,200 in the name of ***Mike A. Murfik*** or ***Mike M. Murfik***, for a total of $6,400 for him and it be declared legal. It just depends on the whatever name he chooses to use when applying for the refund. Now here in 2025, as of November 10, 2025, our president Donald J. Trump states that most Americans will receive at least $2,000 from the tariff revenue collected by his administration's International Emergency Economic Powers Act. So, if this Act is approved, the legal question here is, will the U.S. Government issue out a refund credit out in the name of ***Mike Murfik*** or ***Abadleaziz Murfik*** for this individual? *(Subpoena all banking statements, bank account application information, all information surrounding any government funding, tax return/refund, I.R.S. information for all three (3) defendants)*

### Restitution Amount

**18 U.S.C. § 3663A**, which is known as the Mandatory Victim Restitution Act *(MVRA)*. The *MVRA* requires the district courts to order that defendants *"make restitution to the victim of the offense"*. **18 U.S.C. § 3663A(a)(1)** District Court must order restitution *"in the full amount of each victim's losses"*. **18 U.S.C. § 3664(f)(1)(A)** In deciding co-conspirators, this court noted that *"where a defendant is convicted on conspiracy, the (MVRA) authorizes a District Court to hold the defendant jointly and severally liable 'for all victims harmed by the entire scheme"*. *United States v. Dadyan, 76 F.4th 955, 958 (9th Circuit 2023)(quoting United States v. Riley, 335 F.3d 919, 931 (9th Cir. 2003)*

### 42 U.S.C. 1383a(1)(2) Penalties for fraud

(a) In general. Whoever

(1) knowingly and willfully makes or causes to be made any false statement or representation of a material fact in any application for any benefit under this title [42 USCS cc 1381 et seq.],

(2) at any time knowingly and willfully makes or causes to be made any false statement or representation of a material fact for use in determining rights to any such benefit,

## RULE 38 JURY TRIAL OF RIGHT

### 38.01. Right Preserved.

The right of trial by jury as declared by the Constitution or existing laws of the state of Tennessee shall be preserved to the parties inviolate.

It is the Plaintiff's wish to have a jury trial during these proceedings if needed.

## CONCLUSION OF THE FACTS

By *Abdel Murfik,* falsely assuming a false identity in which led to the entry of false testimony which was relied upon to obtain a criminal conviction against Plaintiff. This person, *Abdel Murfik,* deprived Plaintiff of liberty in violation of the Tennessee and United States Constitution 14th Amendment. An further deprived Plaintiff of due process of law by denying plaintiff the ability to confront the actual witness and said criminal case *"State of Tennessee v. Richard Crawford"*, No. W2016-01230-CCA-R3-CD, which is a 6th Amendment violation of the confrontation clause. As well as, *Mike Murfik*, even though he's deceased, he has a Constitutional Right of *"Equal Protection"* and *"Due Process"* according to the United States and Tennessee rules.

**WHEREFORE,** premises considered, Plaintiff prays Honorable Court to GRANT this 42 U.S.C. §1983 and issue a immediate order for *"Permanent Injunction"* against *Abdel Murfik's* usage of the name *Mike Murfik* and declare all past, present and future activities bearing that name void. If there are findings that there's money in bank accounts, homes, vehicles or property bearing the name *Mike Murfik* by way of *Abadleaziz Murfik.* Plaintiff pray that all be seized, frozen and confiscated out of the person of *Abadleaziz Murfik* immediately.

Richard Crawford #229762
2520 Union Springs Rd.
P.O. Box 549
Whiteville, TN. 38075

## CERTIFICATE OF SERVICE

I, Richard Crawford, hereby certify that on this 19th day of November, I served a true and correct copy of the foregoing: **REQUEST FOR SUBPOENA DUCES TECUM, ORDER DIRECTING ISSUANCE OF SUBPOENA DUCES TECUM** upon:

Clerk of the Court
167 N. Main
Memphis, Tn. 38013

Abadleaziz Murfik
4908 Bowie Lane, Olive Branch, MS. 38654

Ragaie Murfik
610 Polo Run Cove, Collierville, TN. 38017

Maria Lopez-Murfik
4908 Bowie Lane, Olive Branch, MS. 38654

Department of Commerce & Insurance
500 James Robertson, Pkwy
Nashville, TN 37243

Asleigh Roberts
Davy Crockett Tower
500 James Robertson, Pkwy
Nashville, TN 37243

by submitting same to a designated civilian employee of the Department of Correction for prompt processing and mailing by authorized prison personnel within the facility mail room, with sufficient first class postage affixed, and it shall be deemed FILED as of the above date.

*Richard Crawford #229762*
Richard Crawford #229762
2520 Union Springs Rd.
P.O. Box 549
Whiteville, TN 38075